IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBRA DORSEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:09-CV-01085 |
| **JACOBSON HOLMAN, PLLC, et al.,** | ) Judge Rosemary M. Collyer |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**JOINT STATUS REPORT REGARDING
STATUS OF BRIEFING FOR SUMMARY JUDGMENT**

As required by this Court's September 14, 2010 Order, all Defendants, through their counsel, The Seltzer Law Firm, and Plaintiff, through her counsel, Denise M. Clark, hereby file their Joint Status Report Regarding Status of Briefing for Summary Judgment.

In view of the Court's September 14, 2010 Order, it is Defendants' position that Plaintiff's Second Amended Complaint no longer includes Counts II, V and VI (i.e., it is limited only to Counts I, III, and IV). As such, Defendants do not believe it is necessary to file a modified Motion for Summary Judgment, and Defendants do not intend to do so. However, Defendants do intend to file a Reply to Plaintiff's Opposition to Defendants' Motion, and Defendants ask this Court to issue an Order providing Defendants with fourteen (14) calendar days to do so, starting from the date of the Order.

It is Plaintiff's position that the claim that the Defendants, Jacobson Holman and John C. Holman violated the statutory requirements of COBRA by failing to issue the ARRA

1

notices was not dismissed by the Court's September 14, 2010 Order.

Defendants disagree with Plaintiff's assertion that the above claim was not dismissed,

>Respectfully submitted,
>
>**THE SELTZER LAW FIRM**
>
>/s/ DIANE A. SELTZER
>Diane A. Seltzer, Esquire
>D.C. Bar No. 434571
>5335 Wisconsin Avenue, N.W., Suite 920
>Washington, D.C. 20015
>(202) 355-9385
>dseltzer@seltzerlawfirm.com

DATE:  October 5, 2010		Attorneys for Defendants Jacobson Holman, PLLC; Jacobson Holman, PLLC Profit Sharing Plan; and John C. Holman, Plan Administrator for the Jacobson Holman, PLLC Profit Sharing Plan.

>Respectfully submitted,
>
>/s/ Denise M. Clark
>Denise M. Clark, Esq. (420480)
>The Law Office of Denise M. Clark, PLLC
>1250 Connecticut Ave., N.W. Ste 200
>Washington, D.C. 20036
>(202)293-0015
>dmclark@benefitcounsel.com
>Attorney for Plaintiff Debra Dorsey