UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBRA DORSEY,** )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>**JACOBSON HOLMAN, PLLC,** *et al.*, )<br> )<br>Defendants. )<br> ) | Civil Action No. 09-1085 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby

**ORDERED** that the Defendants' Motion for Summary Judgment [Dkt. # 25] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's claims of violation of the Family Medical Leave Act and the District of Columbia Family and Medical Leave Act through interference of those rights and retaliation for use of those rights–Count IV of the Second Amended Complaint–are **DISMISSED**; and it is further

**ORDERED** that Plaintiff's claim of violation of the D.C. Wage Payment Act for not providing Plaintiff with a discretionary year-end bonus, found within Count III of the Second Amended Complaint, is **DISMISSED**; and it is further

**ORDERED** that Plaintiff's claims of failure to make a year-end contribution to the Jacobson Holman PLLC Profit Sharing Plan on Plaintiff's behalf–Count I of the Second Amended

Complaint–and the failure to pay Plaintiff's accumulated vacation leave, found within Count III of the Second Amended Complaint, remain part of this lawsuit.[1]

**SO ORDERED.**

Date:   December 21, 2010

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] Count II of the Second Amended Complaint was dismissed by Order dated October 8, 2010. [Dkt. # 41].