# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DEBRA DORSEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 09-1085 (RMC) |
| ) | |
| **JACOBSON HOLMAN, PLLC,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

On December 21, 2010, the Court granted summary judgment against Plaintiff Debra Dorsey as to Counts III and IV, leaving only Count I in the lawsuit. *See* Mem. Op. and Order [Dkt. ## 43 & 44]. Ms. Dorsey moves for reconsideration of the Court's decision pursuant to Federal Rules of Civil Procedure 59(e) and 60. Defendants object, arguing that the standard for reconsideration has not been met, and that the motion under Rule 59(e) is untimely. Defendants also move to strike portions of Plaintiff's Reply that invoke Federal Rule of Civil Procedure 54(b), arguing that Plaintiff may not extend a new argument within a Reply. *See* Defs.' Mot. to Strike [Dkt. # 49]. Defendants' Motion to strike will be denied, and Plaintiff's Motion to Reconsider will be denied.

Though Plaintiff cited both Federal Rules of Civil Procedure 59(e) and 60, a motion for reconsideration filed prior to final judgment is "nothing more than an interlocutory motion invoking the district court's general discretionary authority to review and revise interlocutory rulings prior to entry of final judgment." *Gibson-Michaels v. Bair*, Case No. 07-5265, 2008 U.S. App.

LEXIS 10299 (D.C. Cir. May 7, 2008) (citing *Wagoner v. Wagoner*, 938 F.2d 1120, 1122 n.1 (10th Cir. 1991)). "Rule 54(b) governs reconsideration of orders that do not constitute final judgments in a case." *Cobell v. Norton*, 355 F. Supp. 2d 531, 539 (D.D.C. 2005). "Courts have more flexibility in applying Rule 54(b) than in determining whether reconsideration is appropriate under Rules 59(e) and 60(b)." *Id*. (citation omitted). This Court "has held that Rule 54(b) reconsideration may be granted "as justice requires." *APCC Servs. v. AT&T Corp.*, 281 F. Supp. 2d 41, 44 (D.D.C. 2003); *Campbell v. United States Dep't of Justice*, 231 F. Supp. 2d 1, 7 (D.D.C. 2002) (quoting *Childers v. Slater*, 197 F.R.D. 185, 190 (D.D.C. 2000)); *M.K. v. Tenet*, 196 F. Supp. 2d 8, 12 (D.D.C. 2001).

The Court finds that justice does not require reconsideration. Plaintiff's arguments in its motion do not alter the Court's opinion that summary judgment was properly granted as to Counts III and IV. The Court will deny Defendant's Motion to Strike.

For the reasons stated above, it is hereby

**ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. # 45] is **DENIED;** and it is further

**ORDERED** that Defendants' Motion to Strike [Dkt. # 49] is **DENIED.**

**SO ORDERED**.

Date: February 18, 2011                         /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge