THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBRA DORSEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Civil Action No. 1:09-CV-01085 | |
| **JACOBSON HOLMAN, PLLC, et al.,** ) Judge Rosemary M. Collyer | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

In response to the minute order issued by the Court on March 25, 2011, Plaintiff states that the Court issued a Summary Judgment ruling resolving all matters raised in Plaintiff's Complaint. Therefore, a final order in this matter is appropriate.

As the Court noted on page 6 of its December 21, 2010 opinion, Plaintiff brought the suit against Defendants for their: (1) failure to make contributions to a Profit Sharing Plan to which Plaintiff argues she was entitled; (2) failure to pay unpaid leave, in violation of the D.C. Wage Payment Act; (3) failure to pay Plaintiff a year-end bonus, in violation of the D.C. Wage Payment Act; and (4) violation of her rights under the FMLA/DCFMLA through interference and retaliation.

The Court's opinion addressed all issues and determined that the Defendant was liable under ERISA for failing to make contributions on behalf of Plaintiff to the Profit Sharing Plan for her participation in the plan in 2007; and, was liable for failing to timely remit accrued vacation pay under the District of Columbia Wage Payment and Collection Act. In reaching this conclusion, the Court did not specifically address how Defendant's

offer of judgment would be resolved, ruling that adjudication of that issue would be made at the time that attorneys' fees are considered.  See December 21, 2010 opinion, page 9.

Inasmuch as the Court has adjudicated all of the issues on summary judgment, Plaintiff requests that a final order be entered consistent with the Summary Judgment Order entered on December 21, 2010.

Dated: April 6, 2011

Respectfully submitted,

/s/ Denise M. Clark
Denise M. Clark (420480)
The Law Office of Denise Clark, PLLC
1250 Connecticut Ave, NW Suite 200
Washington, DC 20036
(202) 293-0015 (telephone)
(202) 293-0115 (fax)
dmclark@benefitcounsel.com

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff's Response to Order to Show Cause was served upon Defendant's Counsel via CM/ECF on April 6, 2011.

/s/
Denise M.Clark