Supersedeas Undertaking on Appeal

(FRAP 8)
CO-284
Rev 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

DEBRA DORSEY
            Plaintiff                )
                                     )
                                     )
        vs.                          )   Civil Action No. 09-1085 (RMC)
                                     )
                                     )
JACOBSON HOLMAN, PLLC, et al.,       )
            Defendant

The undersigned as principal has filed notice of appeal to the United States Court of Appeals for the District of Columbia to reverse or modify the judgment rendered by the United States District Court for the District of Columbia in the above-entitled cause on 30th day of March 2012, Rev 2/2010 and to supersede said judgment is required to give an undertaking, under seal, in the sum of Thirty One Thousand Five Hundred Thirty Five dollars, conditioned for the satisfaction of the judgment in full with costs, interest, and damages for delay, if for any reason the appeal is dismissed or if the judgment is affirmed, and to satisfy in full such modification of the judgment and such costs, interest, and damages as the appellate court may adjudge and award.

WHEREFORE, the undersigned JACOBSON HOLMAN, PLLC, et al., _____ as principal, and The Hartford Fire Insurance Company _____ as surety, appearing and submitting to the jurisdiction of the court, hereby undertake for themselves and each of them, their and each of their heirs, executors, administrators, successors, and assigns to comply with the conditions as, above set forth and do further agree that, upon default by the said principal in any of the conditions hereof, the damages and costs, not exceeding the sum aforesaid, may be ascertained in such manner as this Court shall direct; that this Court may give judgement hereon in favor of any person thereby aggrieved against them for the damages and costs suffered or sustained by such aggrieved party, and that said judgment may be rendered in the above-entitled cause or proceeding against all or any of them whose names are hereto signed.

The said surety hereon hereby irrevocably appoints the Clerk of this Court as processing agent upon whom any papers affecting said _____ liability on this undertaking may be served.

Signed, sealed, and delivered this
19th ____ day of April _____, 2012

in the presence of _____

Jamie Garofalo _____

Surety and amount approved this 19th ____ day of April _____

Surety holds authority from Secretary of Treasury to do business in District of Columbia and has a process agent therein.

_____
Judge

ANGELA D. CAESAR, CLERK

By: _____
Date: 5/11/12

Undertaking (Respondent) for $31,535.00
Approved and Filed on April 19, 2012
ANGELA D. CAESAR, Clerk

By: _____ Deputy Clerk

MAY 17 2012

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-4
P O BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: **888-266-3488** or fax: **860-757-5835**

KNOW ALL PERSONS BY THESE PRESENTS THAT:   Agency Code:  n/a (Baltimore Bond Dept)

| | |
|---|---|
| X | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| X | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| X | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of unlimited:*

*Joseph Fiorini, Jr., David Ebert, Jamie Garofalo, Sandy L. Wolak, Jonathan B Hollister*
*of*
*Hunt Valley, MD*

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary  Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney

Paul A Bergenholtz, Assistant Secretary                          M Ross Fisher, Assistant Vice President

STATE OF CONNECTICUT } ss.  Hartford
COUNTY OF HARTFORD

On this 1st day of February, 2004, before me personally came M Ross Fisher, to me known, who being by me duly sworn, did depose and say that he resides in the County of Hartford, State of Connecticut, that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument, that he knows the seals of the said corporations, that the seals affixed to the said instrument are such corporate seals, that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority

Scott E. Paseka, Notary Public
My Commission Expires October 31, 2012

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of

Signed and sealed at the City of Hartford

Gary W Stumper, Assistant Vice President