UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA DORSEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:09-CV-01085 |
| ) | Judge Rosemary M. Collyer |
| v. ) | |
| ) | |
| JACOBSON HOLMAN, PLLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION AND ORDER FOR RELEASE AND RETURN OF APPEAL BOND

Plaintiff Debra Dorsey and Defendants Jacobson Holman PLLC, The Jacobson Holman PLLC Profit-Sharing Plan, and John C. Holman as Plan Administrator (collectively, "Defendants"), by their respective undersigned attorneys, hereby jointly stipulate and agree that:

1. There has been full and complete satisfaction of the money Judgment herein (Dkt. # 64, Order on fees and costs) by Defendants, including full payment of post-judgment interest.

2. The Supersedeas on Appeal given by Defendants herein (Dkt. # 68) should be released and returned to Defendants.

Respectfully submitted,

/s/ Denise M. Clark
_____
Denise M. Clark, Esq.
D.C. Bar No. 420480
Clark Law Group, PLLC
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 293-0015

August 17, 2012                    *Attorney for Plaintiff*

/s/ Diane A. Seltzer
Diane A. Seltzer
THE SELTZER LAW FIRM
D.C. Bar No. 43451
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015
(202) 355-9385

Of Counsel:
Philip L. O'Neill
D.C. Bar No. 941823
JACOBSON HOLMAN PLLC
400 Seventh St., N.W.
Washington, D.C. 20004-2218
(202) 626-4681

August 17, 2012                                *Attorneys for Defendants*

       \*           \*           \*           \*

SO ORDERED:

/s/ Rosemary M. Collyer
UNITED STATES DISTRICT COURT

DATED: 20 August, 2012