# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 12-7031**  **September Term 2011**

1:09-cv-01085-RMC

**Filed On:** August 7, 2012

Debra Dorsey,
      Appellee

v.

Jacobson Holman, PLLC, et al.,
      Appellants

Simor Lewin Moskowitz, individually,
      Appellee



**BEFORE:** Rogers, Garland, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion to exceed page limits; the lodged motion for summary affirmance, the lodged response thereto, and the lodged reply, it is

**ORDERED** that the motion to exceed page limits be granted. The Clerk is directed to file the lodged documents. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellants opposed appellee's fee petition in district court by asserting that one of her successful claims was not brought pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1001 et seq., and that she had not prevailed on the other because the judgment was not more favorable than an earlier offer of judgment. Appellants also challenged the reasonableness of the hourly rate and number of hours in appellee's fee petition. On appeal, however, appellants have abandoned these contentions in favor of arguments not raised below, including the arguments that appellee only achieved trivial success on the merits of her ERISA claim, and that proper application of the factors set forth in Eddy v. Colonial Life Ins. Co., 59 F.3d 201 (D.C. Cir. 1995), warrants a smaller fee award or no award at all. Appellants also argue for the first time on appeal that the fee-shifting provision of the D.C. Wage Payment and Collection Law, D.C. Code § 32-1308(b), should be read to include a de minimis

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 12-7031**  **September Term 2011**

exception. Because these arguments were not presented to the district court, this court will not consider them for the first time on appeal. See United States v. Stover, 329 F.3d 859, 872 (D.C. Cir. 2003); District of Columbia v. Air Florida, Inc., 750 F.2d 1077, 1084 (D.C. Cir. 1984). Even if properly preserved, however, appellants' arguments lack merit.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**